# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:20-mj-396 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| JOSHUA PAYNE, | : | |
| Defendant. | : | |

## ORDER CONTINUING BOND WITH THE SAME TERMS AND CONDITIONS

This case came before the Court on July 9, 2021 for a Bond Violation Hearing. Defendant admitted the violation set forth in the Petition (Doc. # 29). The Court found Defendant in violation of conditions of his pretrial release, but declined to revoke his bond. After the Court allowed both parties to make a statement, the Court ordered that Defendant, Joshua Payne, be permitted to be on bond under the same terms and conditions previously imposed by this Court.

July 8, 2021

                s/Sharon L. Ovington
                 Sharon L. Ovington
              United States Magistrate Judge